UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                               :
MELVIN GREEN,                  :
                               :    Civil Action No. 10-1191 (RMB)
           Plaintiff,          :
                               :
           v.                  :
                               :
ERIC TAYLOR, et al.,           :
                               :
           Defendants.         :
_____:
                               :
CARLTON SIMMONS,               :
                               :    Civil Action No. 10-1192 (RMB)
           Plaintiff,          :
                               :
           v.                  :
                               :
ERIC TAYLOR, et al.,           :
                               :
           Defendants.         :
_____:
                               :
NATHANIEL STEWARD,             :
                               :    Civil Action No. 10-1194 (RMB)
           Plaintiff,          :
                               :
           v.                  :
                               :
ERIC TAYLOR, et al.,           :
                               :
           Defendants.         :
_____:
                               :
DARRELL CRONE,                 :
                               :    Civil Action No. 10-1341 (RMB)
           Plaintiff,          :
                               :
           v.                  :
                               :
ERIC TAYLOR, et al.,           :
                               :
           Defendants.         :
_____:
```

```
_____
                               :
STEPHEN S. KUNST,              :
                               :   Civil Action No. 10-1608 (RMB)
          Plaintiff,           :
                               :
          v.                   :
                               :
ERIC TAYLOR, et al.,           :
                               :
          Defendants.          :
_____:
                               :
CHARLES FARMER,                :
                               :   Civil Action No. 10-1992 (RMB)
          Plaintiff,           :
                               :
          v.                   :
                               :
ERIC TAYLOR, et al.,           :
                               :
          Defendants.          :
_____:
                               :
NATHAN INGRAM,                 :
                               :   Civil Action No. 10-2439 (RMB)
          Plaintiff,           :
                               :
          v.                   :
                               :
ERIC TAYLOR, et al.,           :
                               :
          Defendants.          :
_____:
                               :
KAREEM MCCRAY,                 :
                               :   Civil Action No. 10-2440 (RMB)
          Plaintiff,           :
                               :
          v.                   :
                               :
ERIC TAYLOR, et al.,           :
                               :
          Defendants.          :
_____:
```

```
_____
                               :
YUSEF ALLEN,                   :
                               :    Civil Action No. 10-2441 (RMB)
          Plaintiff,           :
                               :
     v.                        :
                               :
ERIC TAYLOR, et al.,           :
                               :
          Defendants.          :
_____:
                               :
KEVIN WEECH,                   :
                               :    Civil Action No. 10-2443 (RMB)
          Plaintiff,           :
                               :
     v.                        :
                               :
ERIC TAYLOR, et al.,           :
                               :
          Defendants.          :
_____:
                               :
BARRY LEWIS,                   :
                               :    Civil Action No. 10-2543 (RMB)
          Plaintiff,           :
                               :
     v.                        :
                               :
ERIC TAYLOR, et al.,           :
                               :
          Defendants.          :
_____:
```

**O R D E R**

The Court having screened the Complaints in the above-referenced matters (the "Individual Actions") for dismissal pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A and 42 U.S.C. § 1997e, and the Court finding that dismissal of the Individual Actions is not warranted at this time, and this matter having

been raised by the Court sua sponte, and it appearing that the above-captioned matters involve common questions of law and fact,

   IT IS on this **25th** day of **May 2010**,

   **ORDERED**, pursuant to Federal Rule of Civil Procedure 42(a), that the Individual Actions be and hereby are consolidated for all purposes under Civil Action No. 10-1191 and that Green v. Taylor, Civil Action No. 10-1191 shall be designated the "Lead Case"; and it is further

   **ORDERED** that all future filings in the consolidated matters shall be filed under the docket of the Lead Case; and it is further

   **ORDERED** that, in all future filings, the parties shall state, in the first paragraph of such filing, all Individual Actions to which such filing applies, identifying such Individual Actions by both the Plaintiff's name and the Individual Action's docket number, and that any filing which fails to conform to this instruction is subject to being stricken; and it is further

   **ORDERED** that all Plaintiffs' applications to proceed in forma pauperis are hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

   **ORDERED** that the Clerk of the Court shall file the Complaints without prepayment of fees or security; and it is further

**ORDERED** that, pursuant to this Court's obligation to construe liberally pro se prisoner complaints, all claims that the conditions of confinement at Camden County Correctional Facility, as described in the Complaints, violate the Plaintiff's rights under the Fourteenth Amendment not to be deprived of liberty without due process, are sufficient to proceed beyond this screening stage; and it is further

**ORDERED** that all claims asserted pursuant to the Eighth Amendment are **DISMISSED WITH PREJUDICE**, as the Eighth Amendment does not apply to pre-trial detainees.  See Bell v. Wolfish, 441 U.S. 520, 535, n.16, 545 (1979); City of Revere v. Massachusetts General Hospital, 463 U.S. 239, 244 (1983); Hubbard v. Taylor, 399 F.3d 150 (3d Cir. 2005); Natale v. Camden County Correctional Facility, 318 F.3d 575, 581 (3d Cir. 2003); Fuentes v. Wagner, 206 F.3d 335, 341 n.9 (3d Cir. 2000); Monmouth County Correctional Institutional Inmates v. Lanzaro, 834 F.2d 326, 346 n.31 (3d Cir. 1987), cert. denied, 486 U.S. 1006 (1988); and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the wardens of Camden County Correctional Facility and the Central Reception and Assignment Facility; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue summons and the United States Marshal shall serve summons and copies of the Complaints and this Order upon all Defendants, with all costs of service advanced by the United States; and it is further

**ORDERED** that this matter is hereby referred to the Clerk of the Court for appointment of an attorney from the Civil Pro Bono Panel and for further action in accordance with Appendix H of the Local Civil Rules; and it is further

**ORDERED** that the attorney appointed to represent the Plaintiffs herein shall file a report with this Court, within 60 days following appointment, advising the Court (1) whether any conflicts of interest, or objections by any individual Plaintiffs, preclude his or her representation of all the Plaintiffs in these consolidated actions, and (2) whether he intends to file an amended complaint in this consolidated action, attaching to such report any proposed amended complaint; and it is further

**ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), each Defendant shall file and serve one all-inclusive responsive pleading to the consolidated action within 30 days after Plaintiffs' appointed counsel files with the Court the afore-mentioned report and/or amended complaint; and it is further

**ORDERED** that each individual Plaintiff is assessed a filing fee of $350.00 which shall be deducted from such Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in each individual Plaintiff's prison account exceeds $10.00, the agency having custody of such Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to such Plaintiff's institutional account, with each payment referencing the civil docket number of the such Plaintiff's Individual Action; and it is further

**ORDERED** that the Clerk of the Court shall docket such incremental payments of the filing fee in each such Plaintiff's Individual Action, only; and it is further

**ORDERED** that the Clerk of the Court shall docket this Order in each Individual Action; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate each Individual Action except the Lead Case;

**ORDERED** that the Clerk of the Court shall identify, on the docket of each Individual Action, the Lead Case and each of the Individual Actions as member cases.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge